B6A (Official Form 6A) (12/07)

In re  Marco A Nieto,
       Enma Z Urquia-Bautista
                                                                                        Case No. __11-37257__
                                                          ,
                                           Debtors

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 9257 SW 227 Street #2-26, Miami, Fl. 33190- Homestead (surrender) | Fee simple | J | 92,600.00 | 255,465.64 |
| 13715 SW 66 Street, Apt 211 A, Miami, Fl. 33183- Non Homestead (reaffirm) | | J | 72,700.00 | 115,160.00 |
| | | Sub-Total > | 165,300.00 | (Total of this page) |
| | | Total > | 165,300.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  Marco A Nieto,
       Enma Z Urquia-Bautista
                                                                          Case No.  11-37257
                                             Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                             *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | Fla. Stat. Ann. § 222.25(4) | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wells Fargo Checking Account # 1183 | Fla. Stat. Ann. § 222.25(4) | 147.00 | 147.00 |
| Wells Fargo Checking Account # 6804 | Fla. Stat. Ann. § 222.25(4) | 91.00 | 91.00 |
| Bank of America Checking Account # 7126 | Fla. Stat. Ann. § 222.25(4) | 23.00 | 23.00 |
| **Household Goods and Furnishings** | | | |
| 2 Sofas, 2 Corner Tables, Coffe, Tables, 3 Lamps, 2 Ottomon Chairs | Fla. Stat. Ann. § 222.25(4) | 100.00 | 100.00 |
| Table w/ 6 Chairs | Fla. Stat. Ann. § 222.25(4) | 75.00 | 75.00 |
| 4 Bedroom Sets, Dresser, 2 Chests, 2 Night Stands, 3 Lamps, 2 Tv's, Entertainment Center, DVD | Fla. Stat. Ann. § 222.25(4) | 810.00 | 810.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Assorted Decorations | Fla. Stat. Ann. § 222.25(4) | 5.00 | 5.00 |
| **Wearing Apparel** | | | |
| Clothing | Fla. Stat. Ann. § 222.25(4) | 75.00 | 75.00 |
| **Furs and Jewelry** | | | |
| Costume Jewelry | Fla. Stat. Ann. § 222.25(4) | 20.00 | 20.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Fidelity Investments 401K | Fla. Stat. Ann. § 222.21(2) | 953.68 | 953.68 |
| Net Benefits ( 401K Plan) | Fla. Stat. Ann. § 222.21(2) | 2,975.11 | 2,975.11 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2000 Nissan Sentra ( Vin # 3N1CB51D9YL317699) | Fla. Stat. Ann. § 222.25(1) | 750.00 | 750.00 |
| 1998 Toyota Corolla ( 2T1BR12E5WC085445) | Fla. Stat. Ann. § 222.25(4) | 1,000.00 | 1,000.00 |
| 2006 Toyota Sienna ( 5TDZA23C26S388912) ( reaffirm) | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | 6,500.00 |
| | Total: | 8,064.79 | 13,564.79 |

  0  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  Marco A Nieto,
       Enma Z Urquia-Bautista
                                                    Debtors

Case No. __11-37257__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 85211A<br><br>Allied Property Group<br>12350 SW 132 CT<br>Miami, FL 33186 | | J | Homeowners Association<br><br>13715 SW 66 Street, Apt 211 A, Miami, Fl. 33183- Non Homestead<br><br>Value $ 72,700.00 | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxxx5199<br><br>Bank Of America, N.A.<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | | J | Opened 8/24/07  Last Active 8/07/11<br>Second Mortgage<br>13715 SW 66 Street, Apt 211 A, Miami, Fl. 33183- Non Homestead (reaffirm)<br><br>Value $ 72,700.00 | | | | 52,429.00 | 42,460.00 |
| Account No. xxxxxxxxxx7763<br><br>Bank Of America, N.A.<br>201 N Tryon St<br>Charlotte, NC 28202 | | J | Opened 12/26/05  Last Active 8/09/11<br>Automobile<br>2006 Toyota Sienna ( 5TDZA23C26S388912)<br>( reaffirm)<br><br>Value $ 6,500.00 | | | | 3,132.00 | 0.00 |
| Account No. xxxxxx9617<br><br>Bsi Financial Services<br>A Commom Wealth Place<br>Titusville, PA 16354 | | H | Opened 2/23/07  Last Active 6/26/09<br>Second Mortgage<br>9257 SW 227 Street #2-26, Miami, Fl. 33190- Homestead (surrender )<br><br>Value $ 92,600.00 | | | | 63,100.00 | 63,100.00 |
| __2__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 118,661.00 | 105,560.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Marco A Nieto,**
       **Enma Z Urquia-Bautista**
                                               Debtors

Case No. __11-37257__

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx0286 <br><br> Chase <br> 10790 Rancho Bernardo Rd <br> San Diego, CA 92127 | | J | Opened 2/23/07  Last Active 12/29/10 <br><br> Mortgage <br><br> 9257 SW 227 Street #2-26, Miami, Fl. 33190- Homestead (surrender) <br><br> Value $ 92,600.00 | | | | 189,400.00 | 96,800.00 |
| Account No. xxxxx0403 <br><br> Home Financing Center <br> 5200 Blue Lagoon Dr Ste <br> Miami, FL 33126 | | J | Opened 4/16/03  Last Active 9/01/11 <br><br> Mortgage <br><br> 13715 SW 66 Street, Apt 211 A, Miami, Fl. 33183- Non Homestead (reaffirm) <br><br> Value $ 72,700.00 | | | | 62,731.00 | 0.00 |
| Account No. 00019 <br><br> Isles at Bayshore Master Assoc, Inc <br> M & E Associates of Miami <br> POB 628207 <br> Orlando, FL 32862-8207 | | J | Notice-Only Homeowners Association <br><br> 9257 SW 227 Street #2-26, Miami, Fl. 33190- Homestead (surrender) <br><br> Value $ 92,600.00 | | | | 0.00 | 0.00 |
| Account No. 36601160191280 <br><br> Miami Dade Tax Collector <br> 140 W Flagler Street <br> Miami, FL 33130 | | J | 2010 Property Taxes <br><br> 9257 SW 227 Street #2-26, Miami, Fl. 33190- Homestead (surrender) <br><br> Value $ 92,600.00 | | | | 2,965.64 | 2,965.64 |
| Account No. 00049 <br><br> The Shores Community Assoc <br> M & E Associuates of Miami <br> POB 628207 <br> Orlando, FL 32862-8207 | | J | Notice-Only Homeowners Association <br><br> 9257 SW 227 Street #2-26, Miami, Fl. 33190- Homestead (surrender) <br><br> Value $ 92,600.00 | | | | 0.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   255,096.64   99,765.64

B6D (Official Form 6D) (12/07) - Cont.

In re  Marco A Nieto,
       Enma Z Urquia-Bautista

Case No. __11-37257__

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 00050<br><br>The Shores Community Assoc<br>M & E Associuates of Miami<br>POB 628207<br>Orlando, FL 32862-8207 | | J | Notice-Only Homeowners Association<br>9257 SW 227 Street #2-26, Miami, Fl. 33190- Homestead<br>(surrender)<br><br>Value $ 92,600.00 | | | | 0.00 | 0.00 |
| Account No.<br><br> | | | Value $ | | | | | |
| Account No.<br><br> | | | Value $ | | | | | |
| Account No.<br><br> | | | Value $ | | | | | |
| Account No.<br><br> | | | Value $ | | | | | |

Sheet 2 of 2 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  0.00  0.00

Total (Report on Summary of Schedules)  373,757.64  205,325.64

Best Case Bankruptcy

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Marco A Nieto / Enma Z Urquia-Bautista**, Debtor(s)

Case No. _____
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **11-4-11**        Signature *(signed)* **Marco A Nieto**, Debtor

Date **11-4-11**        Signature *(signed)* **Enma Z Urquia-Bautista**, Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically served to the Clerk of the Bankruptcy Court; Robert A. Angueira, Trustee; on this 4th day of November, 2009.

    Respectfully submitted,

    Jorge L. Suarez, Esq.
    Attorney for Debtor(s)
    3735 SW 8th Street Suite 101
    Coral Gables, Fl. 33134
    Tel: (305)445-2944
    jorgesuarezlaw@aol.com

    /s/ Jorge L. Suarez
    Jorge L. Suarez, Esq.
    FL Bar No. 0844950